HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| Bradley C. Benge, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 19-00349 JMS-KJM |
| Bank of America, N.A., et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bank of America, N.A. c/o Patricia McHenry, Esq.; Mortgage Electronic Registration Systems, Inc.; Paul Weis; BOFI Federal Bank; Mark H. Bushlow; Wells Fargo Bank, N.A.; Hawaii 88-01 LLC; David S. Crow, Individually and as Trustee of the Revocable Trust of David S. Crow Dated March 23, 2005; Susana Crow, Individually and as Trustee of the Revocalbe Trust of Susana Crow; Min Yu Yao, James C. Dyson; Flordeliza C. Dyson; Navy Federal Credit Union;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached First Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James J. Bickerton, Esq.
Bridget G. Morgan-Bickerton, Esq.
Bickerton Law Group, LLLP
745 Fort Street, Suite 801
Honolulu, HI 98613
Phone: (808) 599-3811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the First Amended complaint. You also must file your answer or motion with the court.

SUE BEITIA
*CLERK OF COURT*

Date: July 10, 2019       /s/ SUE BEITIA, by: J.O., Deputy Clerk
                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 19-00349 JMS-KJM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: